No. 470, Misc.   KING v. CALIFORNIA.   Dist. Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 532, Misc.   RUSS v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   *Laurence Rosenthal* for petitioner.   *Solicitor General Marshall, Assistant Attorney General Vinson* and *Beatrice Rosenberg* for the United States.

No. 607, Misc.   MITCHELL v. OLIVER, WARDEN.   Sup. Ct. Cal.   Certiorari denied.

No. 619, Misc.   ALCORCHA v. CALIFORNIA.   Dist. Ct. App. Cal., 1st App. Dist.   Certiorari denied.

No. 622, Misc.   VIRGIL v. NORTH CAROLINA.   Sup. Ct. N. C.   Certiorari denied.   *Samuel S. Mitchell* and *Romallus O. Murphy* for petitioner.   *T. W. Bruton,* Attorney General of North Carolina, and *Theodore C. Brown, Jr.,* for respondent.

No. 623, Misc.   MEAD v. CALIFORNIA.   Dist. Ct. App. Cal., 3d App. Dist.   Certiorari denied.

No. 626, Misc.   HAWKINS v. HEROLD, STATE HOSPITAL DIRECTOR.   C. A. 2d Cir.   Certiorari denied.

No. 627, Misc.   GREGOIRE ET UX. v. NATIONAL BANK OF ALASKA.   Sup. Ct. Alaska.   Certiorari denied.   *Edgar Paul Boyko* for petitioners.

No. 628, Misc.   WARD v. OLIVER, WARDEN.   Sup. Ct. Cal.   Certiorari denied.